JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>R.P. RUIZ CORPORATION dba RICHARDS CONSTRUCTION COMPANY, a California corporation; DIVERSIFIED UTILITY SERVICES, INC., a California corporation,<br><br>　　　　　Defendants. | Case No. 2:24-cv-10026 JFW (MAAx)<br><br>**JUDGMENT** |

Having considered the Stipulation of Counsel (ECF 85) and the Court's Orders granting plaintiff Kinsale Insurance Company ("Kinsale")'s Motion to Dismiss Diversified Utility Services, Inc. ("DUSI")'s Counterclaim (ECF 42) and Kinsale's Motion for Partial Summary Judgment (ECF 83):

**IT IS HEREBY ADJUDGED AND DECREED** as follows:

1.　　Kinsale shall have final Judgment as to the First, Second, Fifth and Sixth Claims for Relief, to wit:

　　　A.　　Kinsale has no duty to defend its insured R.P. Ruiz Corporation dba Richard's Construction ("Richards") under Commercial General Liability Policy No. 0100057037-1 with coverage incepting on October 3, 2018 and terminating on October 3, 2019 (the "Primary Policy") against the allegations of an underlying lawsuit styled *Diversified Utility*

*Services, Inc. v. R.P. Ruiz Corporation dba Richard's Construction Company*, Kern County Superior Court Case No. BCV-21-102337 (the "*Diversified* Action").

    B. Kinsale may cease payment of attorney's fees and costs to defend Richards against the *Diversified* Action.

    C. Kinsale may withdraw from the defense of Richards against the *Diversified* Action.

  2. The Third and Fourth Claims for Relief are dismissed with prejudice.

  3. Kinsale shall have final Judgment as to the Seventh Claim for Relief as to all Defendants, but its recovery shall be prospective only, and therefore Kinsale shall take nothing as to said Claim for Relief;

  4. By virtue of the Court's Order dismissing DUSI's Counterclaim, with prejudice (ECF 42) Kinsale shall have judgment in its favor on the Eighth Claim for Relief against DUSI.

  5. Each of the Parties have expressly reserved the right to contest, challenge or appeal any aspect of this Judgment or any ruling of the Court culminating in this Judgment.

  6. Each of the Parties shall bear its own attorney's fees and costs through the date of entry of this Judgment.

DATED: December 10, 2025    _____
                 UNITED STATES DISTRICT JUDGE